UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:25-cr-00552-SEP-SRW-1 |
| | ) |
| ALEXANDER SAMPSON, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW N. Scott Rosenblum and enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully Submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON

By:    */s/ N. Scott Rosenblum*
       N. SCOTT ROSENBLUM, #33390MO
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       St. Louis, Missouri 63105
       (314) 862-4332/Facsimile (314) 862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.