**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.   4:25CR00552 SEP/SRW |
| | ) | |
| DANA KELLY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS THE INDICTMENT**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus,

United States Attorney for the Eastern District of Missouri and Tracy Lynn Berry, Assistant United

States Attorney for said district, and moves to dismiss the pending indictment without prejudice

Counsel for the defendant has consented to the motion to dismiss without prejudice.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

s/ Tracy Lynn Berry
TRACY LYNN BERRY #014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was served electronically to counsel of record through the electronic case filing system this 10th day of December, 2025.

s/ Tracy Lynn Berry
ASSISTANT UNITED STATES ATTORNEY

SO ORDERED:

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

Date:  December 12, 2025