UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:25-CR-552 SEP SRW |
| v. | ) | |
| | ) | |
| ALEXANDER SAMPSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT

Comes now the United States of America, by Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Gwendolyn E. Carroll, Assistant United States Attorney for said District, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss without prejudice the Indictment of Defendant Alexander Sampson in Cause No. 4:25-CR-552 SEP SRW.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney


*/s/  Gwendolyn E. Carroll*
Gwendolyn E. Carroll #4657003NY
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

1

**CERTIFICATE OF SERVICE**

Copy of the foregoing was served electronically through the electronic case filing system upon all counsel of record this 6th of January, 2026.

/s/  Gwendolyn E. Carroll
Gwendolyn E. Carroll #4657003NY

2